UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

FILED BY _____ D.C.

05 SEP 14  AM 11: 20

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| ANN M. POPE-GUY | JUDGMENT IN A CIVIL CASE |
| v. | |
| MEMPHIS HOUSING AUTHORITY | CASE NO: 05-2085-D |

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Order Of Dismissal entered on September 7, 2005, this cause is hereby dismissed.

APPROVED:

_____
BERNICE B. DONALD
UNITED STATES DISTRICT COURT

September 13, 2005
Date

THOMAS M. GOULD

_____
Clerk of Court

(By) Deputy Clerk

This document entered on the docket sheet in compliance with Rule 58 and/ 79(a) FRCP on 9/15/05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 6 in case 2:05-CV-02085 was distributed by fax, mail, or direct printing on September 15, 2005 to the parties listed.

---

Ann M. Pope-Guy
741 Adams Ave. #1307
Memphis, TN 38105

Honorable Bernice Donald
US DISTRICT COURT